UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **MALIBU MEDIA, LLC,**<br><br>      Plaintiff,<br><br>v.<br><br>**JOHN DOES 1-22,**<br><br>      Defendants. | Civil Action No. 12-3898  (MAS)<br><br><br>**ORDER** |

      **THIS MATTER** having come before the Court by way of John Doe's Motion to Quash the Subpoena and for Leave to Proceed Anonymously [Docket Entry No. 6]; and John Doe stating that he is a party to an action in a similar case pending in Pennsylvania; and the Court noting that John Doe has refused to identify himself other than by IP address; and Defendant contending that John Doe is not a defendant in this action; and the Court noting that the IP address given by John Doe does not appear on the list of IP addresses that identify the defendants in this action; and the Court therefore finding that John Doe is not a party to this action, nor was he served a subpoena relating to this action; and the Court further finding John Doe does not have standing to object to the subpoena in this case, and any possible recourse should be requested from the Pennsylvania Court where John Doe's action is apparently pending or from a Texas Court given that John Doe states the subpoena was issued from the Northern District of Texas, and for good cause shown,

      **IT IS** on this **29th** day of **August, 2012,**

      **ORDERED** that John Doe's motion to quash [Docket Entry No. 6] is **DENIED** for the reasons stated above; and it is further

      **ORDERED** that John Doe's motion to proceed anonymously is **DENIED** as moot.

_____
**LOIS H. GOODMAN**
**United States Magistrate Judge**