**SHA-1 Hash:** 07465D809433A7FA20611BDDF4F0C6C36D448FB2   **Title**   X-Art Siterip #51
**Rights Owner:** Malibu Media

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 7 | 68.193.103.140 | 3/29/2012 3:50 | Edison | NJ | Optimum Online | BitTorrent |
| 13 | 108.35.238.157 | 4/29/2012 11:33 | Fair Lawn | NJ | Verizon Internet Services | BitTorrent |
| 14 | 173.63.94.114 | 5/15/2012 21:04 | Weehawken | NJ | Verizon Internet Services | BitTorrent |
| 15 | 173.71.107.67 | 6/1/2012 19:31 | Trenton | NJ | Verizon Internet Services | BitTorrent |
| 16 | 173.72.36.149 | 6/2/2012 3:25 | Trenton | NJ | Verizon Internet Services | BitTorrent |
| 17 | 71.187.64.153 | 5/6/2012 12:09 | Flanders | NJ | Verizon Internet Services | BitTorrent |
| 18 | 72.88.205.84 | 5/10/2012 12:22 | Livingston | NJ | Verizon Internet Services | BitTorrent |
| 19 | 74.105.116.33 | 5/26/2012 2:21 | Dumont | NJ | Verizon Internet Services | BitTorrent |
| 20 | 74.105.127.177 | 4/2/2012 2:01 | Park Ridge | NJ | Verizon Internet Services | BitTorrent |
| 21 | 98.109.251.100 | 4/14/2012 17:09 | Irvington | NJ | Verizon Internet Services | BitTorrent |
| 22 | 98.110.33.112 | 5/30/2012 11:22 | Plainsboro | NJ | Verizon Internet Services | BitTorrent |

EXHIBIT A

CNJ3