Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter Foran Blvd., Suite 402
Flemington, NJ 08822
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>                     Plaintiff,<br><br>v.<br><br>PRABHUKU MARAMREDDY and JOHN DOES 13-22,<br><br>                     Defendants. | Case No. 3:12-cv-03898-MAS-LHG |

### ORDER ON PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANTS

THIS CAUSE came before the Court upon Plaintiff's Second Motion for Extension of Time Within Which it Has to Serve John Doe Defendants With a Summons and Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

1

ORDER AND ADJUDGE: Plaintiff's Motion is granted. Plaintiff shall have up to, and including, December 23, 2012 to effectuate service of a summons and Complaint upon the Defendants.

SO ORDERED this 28th day of November, 2012.

By: _____
UNITED STATES DISTRICT JUDGE
Magistrate

2